**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., and §<br>UNILOC LUXEMBOURG, S.A., § | § | Civil Action No. 6:15-cv-1001-RWS-KNM |
| V. | § § | |
| ACRONIS, INC., et al, | § § § | CONSOLIDATED LEAD CASE |
| ZEBRA TECHNOLOGIES CORPORATION, | § | Civil Action No. 6:15-cv-1008 |

**ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS BY UNILOC AGAINST ZEBRA**

On this day, the Court considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against Zebra, filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Zebra Technologies Corporation ("Zebra"). The Court is of the opinion that the Stipulation is well-taken and the case should be **DISMISSED** under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc against Zebra are **DISMISSED WITH PREJUDICE**.

2. Uniloc and Zebra shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and Zebra is hereby **DENIED**.

**SIGNED this 2nd day of November, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE